IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
          Plaintiff,         )         8:10CR256
                             )
     v.                      )
                             )
JOSE RENTERIA-DELGADO,       )         ORDER
                             )
          Defendant.         )
_____)
```

This matter is before the Court on defendant's notice of motion for immediate deportation (Filing No. 25). Plaintiff should file a response to said motion. Accordingly,

IT IS ORDERED that plaintiff shall file a response to defendant's motion for deportation on or before May 6, 2011.

DATED this 14th day of April, 2011.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court